UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 17-2-GFVT-CJS

OSCAR OMAR GONZALEZ                                                                PETITIONER

v.                          **REPORT AND RECOMMENDATION**

KATHY LITTERAL, Warden                                                         RESPONDENT

\* \* \* \* \* \* \* \* \* \* \* \*

On January 5, 2017, Petitioner Oscar Omar Gonzalez filed a *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and an Application to Proceed without Prepayment of Fees and Affidavit. (R. 1; R. 2). On January 13, 2017, Petitioner filed a Motion to Amend and Supplement his Petition. (R. 5). Pursuant to local practice, this matter has been referred to the undersigned for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and for preparation of a report and recommendation. *See* 28 U.S.C. § 636(b). Preliminary review of the Petition reveals that the United States District Court for Western District of Kentucky, Owensboro Division, is the more appropriate forum for this Petition. Therefore, it will be recommended that this matter be **transferred** to the United States District Court for the Western District of Kentucky, Owensboro Division, for further consideration.

In the Petition, Petitioner states that he is an inmate at the Eastern Kentucky Correctional Complex and seeks to challenge his 2012 conviction in the Daviess County, Kentucky, Circuit Court for violations of state law. (R. 1, at 1). Under the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky, a "state habeas corpus

petition shall be assigned to the jury division that includes the court . . . in which the challenged judgment, conviction or order was rendered." LR 3.2(b). The Daviess County Circuit Court lies within the Owensboro Division of the Western District of Kentucky. LR 3.1(b)(3). Thus, under the Local Rules, this matter should be transferred to the Western District. Further, Petitioner is challenging a conviction that occurred geographically in the Western District of Kentucky, where the witnesses and records are likely to be located. Accordingly, that district is the more appropriate forum. *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."); *see also* LR 3.2(f) ("Any civil action or proceeding may, in the discretion of the Court, be transferred from the jury division in which it is pending to any other division for the convenience of the Court, parties, witnesses, or in the interest of justice.").

Therefore, for the reasons stated herein, **IT IS RECOMMENDED** that Petitioner's *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (R. 1), Application to Proceed without Prepayment of Fees and Affidavit (R. 2), and Motion to Amend and Supplement his Petition (R. 5), be transferred to the United States District Court for the Western District of Kentucky, Owensboro Division, for further consideration.

The Court directs the parties to 28 U.S.C. § 636(b)(1) for appeal rights and mechanics concerning this Report and Recommendation, issued under subsection (B) of the statute. *See also* Rules Governing Section 2254 Proceedings for the United States District Courts, Rule 8(b). Within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file specific written objections to any or all findings or recommendations for determination, de novo, by the District Court. Failure to make a timely objection consistent with the

statute and rule may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals. *See Thomas v. Arn,* 474 U.S. 140, 155 (1985); *United States v. Walters,* 638 F.2d 947, 950 (6th Cir. 1981).

Signed this 20th day of January, 2017.



Signed By:
*Candace J. Smith*
**United States Magistrate Judge**

J:\DATA\habeas petitions\2254 General\17-2 R&R transfer to WDKy.wpd